FILED: February 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1093
(1:07-cv-00960-CMH-JFA)
_____

UNITED STATES EX REL. JON H. OBERG

      Plaintiff - Appellant

v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY; VERMONT STUDENT ASSISTANCE CORPORATION

      Defendants - Appellees

and

NELNET, INC.; KENTUCKY HIGHER EDUCATION STUDENT LOAN CORP.; SLM CORPORATION; PANHANDLE PLAINS HIGHER EDUCATION AUTHORITY; BRAZOS GROUP; ARKANSAS STUDENT LOAN AUTHORITY; EDUCATION LOANS INC/SD; SOUTHWEST STUDENT SERVICES CORPORATION; BRAZOS HIGHER EDUCATION SERVICE CORPORATION; BRAZOS HIGHER EDUCATION AUTHORITY, INC.; NELNET EDUCATION LOAN FUNDING, INC.; PANHANDLE-PLAINS MANAGEMENT AND SERVICING CORPORATION; STUDENT LOAN FINANCE CORPORATION; EDUCATION LOANS INC.

      Defendants

_____

O R D E R
_____

Upon review of submissions relative to the motion to expedite, the court establishes an accelerated briefing schedule for this case and defers further consideration of the motion pending assignment of the case to a panel for review on the merits.

The court amends the briefing schedule as follows:

Appendix due: February 20, 2015

Opening brief due: February 20, 2015

Response brief due: March 23, 2015

Any reply brief: 10 days from service of response brief.

                                                For the Court--By Direction

                                                /s/ Patricia S. Connor, Clerk