FILED: March 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1093
(1:07-cv-00960-CMH-JFA)

_____

UNITED STATES EX REL. JON H. OBERG

       Plaintiff - Appellant

v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY; VERMONT STUDENT ASSISTANCE CORPORATION

       Defendants - Appellees

 and

NELNET, INC.; KENTUCKY HIGHER EDUCATION STUDENT LOAN CORP.; SLM CORPORATION; PANHANDLE PLAINS HIGHER EDUCATION AUTHORITY; BRAZOS GROUP; ARKANSAS STUDENT LOAN AUTHORITY; EDUCATION LOANS INC/SD; SOUTHWEST STUDENT SERVICES CORPORATION; BRAZOS HIGHER EDUCATION SERVICE CORPORATION; BRAZOS HIGHER EDUCATION AUTHORITY, INC.; NELNET EDUCATION LOAN FUNDING, INC.; PANHANDLE-PLAINS MANAGEMENT AND SERVICING CORPORATION; STUDENT LOAN FINANCE CORPORATION; EDUCATION LOANS INC.

       Defendants

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs or in the alternative, to exceed the length limitations for briefs, the court denies the motion.

                                    For the Court

                                    <u>/s/ Patricia S. Connor, Clerk</u>